# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **ALBERT C. BURGESS, JR.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:15-cv-00179-FDW |
| | ) | |
| vs. | ) | 1:09-cr-00017-GCM-DLH-1 |
| | ) | |
| **ATTORNEY GENERAL OF THE UNITED STATES,** | ) ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 19, 2015 Order.

August 19, 2015

Frank G. Johns, Clerk
United States District Court